IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 118-005 |
| | ) | |
| CHARLIE EDWARD MOBLEY, JR. | ) | |

**O R D E R**

Counsel have advised the Court that five pretrial motions have been satisfied or otherwise resolved. (See doc. no. 44.) Therefore, the following pending motions are **MOOT**: doc. nos. 27, 28, 29, 30, and 33.

The Court **GRANTS** Defendant's Motion to Allow Participation in Voir Dire. (Doc. no. 31.) Unless otherwise directed by the presiding District Judge, counsel must submit to the Court, not later than seven days prior to trial, a list of questions which they desire to ask prospective jurors.

As to the Motion to Preserve Record as to Race of Each Venireman at Trial, the Equal Protection clause forbids prosecutors from challenging potential jurors solely on account of their race. Batson v. Kentucky, 476 U.S. 79, 89 (1986). As this information would be necessary for an appeal under Batson, the Court **GRANTS** the motion. (Doc. no. 32.)

The Court will hold an evidentiary hearing on Defendant's Motion to Suppress (doc. no. 34) on Wednesday, April 25, 2018, at 10:00 a.m., in Courtroom One, Federal Justice Center, 600 James Brown Boulevard, Augusta, Georgia.

SO ORDERED this 17th day of April, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA