IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 118-005 |
| | ) | |
| CHARLIE EDWARD MOBLEY, JR. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed (doc. no. 51). Defendant does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation, and only one argument warrants further comment.

Defendant contends the Magistrate Judge erroneously concluded the information Investigator Capitosti received from the CI was fresh. (Id. at 2-3.) Investigator Capitosti stated in his affidavit supporting the search warrant application he had been in contact with the CI "[w]ithin the past forty eight (48) hours" and the CI had been familiar with the illegal drug activities of Defendant for two years. (Doc. no. 34-2, p. 3.) From context, one can reasonably infer the information Investigator Capitosti received from the CI was fresh.

Even if the information from the CI was stale, as the Magistrate Judge noted, Investigator Capitosti independently corroborated the CI's information, curing any potential staleness issue. (Doc. no. 49, p. 8 (citing United States v. Galloway, 579 F. App'x 871, 874 (11th Cir. 2014)).) Defendant argues the details of Investigator Capitosti's independent

investigation are vague and provide no corroboration of drug activity, thus failing to cure any staleness problem. (Doc. no. 51, pp. 3-4.) However, the traffic he observed was indicative of drug activity, as Investigator Capitosti explained in his affidavit. (Doc. no. 34-2, p. 4); see also United States v. Powell, 222 F.3d 913, 915-18 (11th Cir. 2000) (finding repeated, short visits and swift departures from residence indicative of drug activity). Thus, Investigator Capitosti's independent observations confirmed the CI information. See United States v. Foree, 43 F.3d 1572, 1575-76 (11th Cir. 1995) (recognizing independent confirmation of substance of CI report can compensate for limited information in affidavit about CI's veracity and basis of knowledge).

The Magistrate Judge correctly concluded, "Investigator Capitosti's Affidavit and Application for a Search Warrant provided a substantial basis for Judge Jolly's determination of a fair probability that evidence of firearms and drug trafficking would be found at Defendant's residence." (Doc. no. 49, p. 9.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Defendant's Motion to Suppress. (Doc. no. 34.)

SO ORDERED this 18th day of June, 2018, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA