FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 AUG -1 AM 10: 24
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR118-005 |
| ) | |
| CHARLIE EDWARD MOBLEY, JR. ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jacque D. Hawk** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Jacque D. Hawk be granted leave of absence for the following periods: **August 16, 2019 through August 26, 2019; September 16, 2019; October 14, 2019; October 21, 2019; October 30, 2019 through November 1, 2019; November 27, 2019 through December 2, 2019; December 23, 2019 through January 2, 2020; February 20, 2020 through February 24, 2020; April 6, 2020 through April 10, 2020; May 21, 2020 through May 22, 2020; June 22, 2020 through June 26, 2020; and July 20, 2020 through July 24, 2020.**

This 1st day of August, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA