IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: CR 118-005 |
| | ) | |
| CHARLIE EDWARD MOBLEY, JR. | ) | |

## ORDER

The defendant, Charlie Edward Mobley, Jr., is in the custody of the Bureau of Prisons. Surety, Malintha Heath Walker, has requested the return of the $900.00 cash security posted on the defendant's $15,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $900.00 posted by Malintha Heath Walker for the defendant, plus all accrued interest thereon, be returned to Malintha Heath Walker at 3646 Madrid Drive North, Augusta, GA 30906.

This 27th day of January 2020 at Augusta, Georgia.

HONORABLE J. RANDAL HALL, CHIEF
JUDGE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA